

FILED

MAR 19 26

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

Tennessee Recording Number Tn-240110-003-00000101

# Declaration of Political Status

I, the living man, Charles Kevin Kelly, affirm and declare that I have returned to my lawful birthright political status as a Tennessean, and I claim my exemptions as stated in Federal Code 8 USC 1101 (a) 21.

This I declare and affirm under penalty of perjury under the public law of The United States of America.

So signed and sealed this ___8th___ day of ___Jan___, in the year 2023

by: _____ © Living Soul

all rights reserved, without prejudice

### Recording Secretary and International Notarial Witness

Tennessee State}
Sequatchie County}

I, Tammy Adell Chaney©, a Recording Secretary and International Notarial Witness approved by the Tennessee Assembly, hereby affirm that the Declarant, Charles Kevin Kelly has been positively identified and I have witnessed his autograph on this: Declaration of Political Status set before me this 8th day of January in the year 2024.

by: _____ Notarial Witness
Tammy Adell Chaney©
Office expires: Until Resign/Removed

*Tennessee Assembly*
*★ ★ ★*
*June 1, 1796*
*Seal*
*International Notarial Witness & Recording Secretary*

# Witness Testimony Affirming American State Political Status and Identity



This Witness Testimony verifies the identity of the man shown
in this photograph to establish their political status as an American
State National or American State Citizen, depending on their choice.

Name appearing in this photo: *Charles Kevin Kelley*

Physical Address: *301 Deer Point RD Unionville TN 37180*

Witness: I, *Jeffery Dale Parker* know the lawful person shown in the photo above by the name
shown, and I know of their family and history, sufficient to know that they were born at the time and
place shown on the face of the referenced Birth Certificate.

My relationship to the Declarant is:

*Friend*

This testimony is true, complete, and correct to the best of my knowledge and I make it under Penalty of
Perjury under the Public Law of The United States of America: So affirmed this ___7___ day of __JAN.__
in the year of *2024*

by: *Jeff Parker*

I may be contacted at: ph: *931-581-3860* email: _____, or at this mailing
address: *556 Panhead Hollow LN*
*Estillsprings TN 37330*

## Witness Verification by Recording Secretary:

Tennessee State

Sequatchie County

Today, I was visited by the Witness whose signature appears above, and they were properly identified to me and
they did sign this record in my presence for the purposes described above, in witness whereof I affix my signature
and seal this *8th* day of *January* in the year of *2024*

Tennessee Assembly Recording Secretary *by Tammy Adell Chaney*

Tammy Adell Chaney©

My commission expires upon resignation or removal

Tennessee Recording Number Tn-240110-003-00000101



### Tennessee Assembly Recording Secretary and International Notarial Witness
### Recording Cover Sheet

Sequatchie County
4 Documents, 5 Pages w/Cover Sheet
Tennessee Assembly Recording Fee $25.00
Returned USPS Date: January 26, 2024
Notarial Witness; office expires: Until Resign/Removed

by: Tammy Adell Chaney

Tammy Adell Chaney, Tennessee Recording Secretary & International Notarial Witness

Date Jan 8, 2024 Time 1:45 pm

Sequatchie County Recording 96

CHARLES KEVIN KELLY, FOREIGN GRANTOR          Charles Keving Kelly, American State Grantee

Documents Submitted and Recorded Under Tennessee Recording Number:

## Tn-240110-003-00000101

Cover Sheet-Charles Kevin Kelly- 4 documents, 5 pages (includes Cover sheet)
Declaration of Naturalization of 1779
Witness Statement 1 & 2
Declaration of Political Status

Prepared, Recorded and Returned to: Charles Kevin Kelly

In care of: 301 Deer Point Road, Unionville, Tennessee [Postal Code Extension 37180]

This cover sheet has been added to these recorded documents to provide space for recording data. This cover sheet appears as the first page of the document in the official public record.

# AND THAT GOVERNMENT OF THE PEOPLE, BY THE PEOPLE, FOR THE PEOPLE, SHALL NOT PERISH FROM THE EARTH.

—ABRAHAM LINCOLN

page 1 of The
PASSPORT THAT officer
JohNsoN # 5925, hAD
in his posession
Deputy Kintz #5923
witness ANd Assisting
Deputy oN scene



The Secretary of State of the United States of America
hereby requests all whom it may concern to permit the
citizen/national of the United States named herein to pass
without delay or hindrance and in case of need to give all
lawful aid and protection.

Le Secrétaire d'Etat des Etats-Unis d'Amérique prie par les présentes toutes
autorités compétentes de laisser passer le citoyen ou ressortissant des Etats-Unis
titulaire du présent passeport, sans délai ni difficulté et, en cas de besoin, de lui
accorder toute aide et protection légitimes.

El Secretario de Estado de los Estados Unidos de América por el presente solicita
a las autoridades competentes permitir el paso del ciudadano o nacional de los
Estados Unidos aquí nombrado, sin demora ni dificultades, y en caso de
necesidad, prestarle toda la ayuda y protección lícitas.

| JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEPT | OCT | NOV | DEC |
|-----|-----|-----|-----|-----|-----|-----|-----|------|-----|-----|-----|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | |

Article XXXIX
Magna Carta, 1215

No free man shall be seized or imprisoned,
or stripped of his rights or possessions,
or unlawful or exiled
or deprived of his standing in any way,
nor will we proceed with force against him,
or send others to do so,
except by the lawful judgement of his
equals or by the law of the land.

**FILED**

MAR 19 2026

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

I, Charles Kevin Kelley a living man on the land, file this case. I was unlawfully arrested while attempting to travel through Lewisburg Tennessee on FEB. 26, 2026 at approximately 1:00 a.m. with absolutely no consent from me. I will never consent to any of their unconstitutional actions from their fictional statutes, rules, Regulations, or codes maxim — A conclusion as to the use of a thing from it's abuse is invalid Broom. Max. 17. A repugnant act cannot be brought into being, cannot be made effectual. Plowd, 355. The mandate of an immoral or illegal thing is void. Dig. 17, 1, 6, 3. Even the ticket is a fraudulent act, citation issued by Deputy Johnson, Badge #5925 is unconstitutional. Article I section 9 said plainly, NO Bill of Attainer or ex post facto law shall be passed. I am ADA, both my shoulders are very bad, after surgeries. Officer Johnson #5925, cuffed me so tight it cut off the circulation and put unbearable pain on me. I ask Deputy Johnson to stop and loosen the cuffs, He stated that we would be there soon. My Rights/Liberty was violated.

I was denied the opportunity to sign the contract by Deputy Johnson Badge #5925 conspired by Deputy Kurtz #5923. This clearly being kidnapping on all parties involved including the Judge, and any clerk with knowledge of this unconstitutional act. A cause must be shown as to why this is not part of a criminal organization! As I am living you or, or any, corporation can only involve itself with Dead entities, not the living man/woman making this a prime example of the RICO act, piracy 18 USC 1661, Barratry, Kidnapping 18 US code 5 1201 which states the unlawful seizure, confinement, or transportation of a person across state lines or within U.S. territories, Murdock v. Pennsylvania 319 US 105

No state shall convert a liberty into a license and charge a fee therefore. Shuttlesworth v. City of Birmingham Alabama 373 US 262 says if the state converts a right (Liberty) into a priviledge, the citizen can ignore the license and fee and engage in the Right with impunity. A statute is not law flournoy v. first National Bank of shreveport 197 LA. 1067, 3 So 2d. 244, 248. Article 6 paragraph 2 of the United states of America Anything to the contrary not withstanding. Maxim the main object of government is the protection and preservation of personal Rights, private property and public liberties and upholding the Law of God. Common Law is the Real Law of the Land Anyone violating it has breached their oath of office. So show cause as to why Marshall Co. sheriffs Dept, organization, Are not A criminal organization commiting treason here Among other crimes, Committed here in this fraudulent case. My passport reads, from the secretary of the United states of America hereby request all whom it may concern to permit the citizen/ National of the United states named herein to pass without Delay or hindrance and in case of need to give all lawful aid and protection. Any Authority that violates Natural Rights constitutions of the sovereignty of the governed ceases to Be Lawful it Becomes tyrannical by act reguardless of its Robe, Badge or Budget Line. Cruden v. Neale 2 NC 338 (1796) every man is independant except those prescribed by Nature he is not Bound by Any institutions formed by His Fellow Man without his consent.

U.S. V. Minker 350 us 179 at 187 (1795) in as much as every government is an artificial person an abstraction and a creature of the mind only a government can interface only with other artificial persons. The imaginary, having either actuality nor substance is foreclosed from creating and attaining parity with the tangible. The legal manifestation of this is that government as well as any law, agency aspect, court, etc can concern itself with anything other than corporate, artificial prosons. There can be no sanction or penilty imposed upon a citizen because of their exercise of a constitutional Right, (White 97 Cal. App. 30 141, 158) Halsbury law there is no authority for administrative courts in this country and no act can be passed to ligitimise them because of the constitutional restraints placed on her majesty at her coronation.

void case from the beginning, Driver License

Sueing Defendants Deputies Johnson #5925 and Deputy Kirtz #5923 for Restitution of 2.5 million Dollars.

Charles Kevin Kelley

| JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEPT | OCT | NOV | DEC |
|-----|-----|-----|-----|-----|-----|-----|-----|------|-----|-----|-----|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

18 US CODE 5 1201 - Kidnapping
In the United states, 18 US CODE 5-1201
Deals with kidnapping. It Defines And Penalizes
the unLawful.
Seizure Confinement or Transportation of A person
Across the state lines or with U.S. Territories.
This Law includes police kidnapping for ransom
harm, or forced Labor, with strick penalities
including life inprisonment or severe sentences
if Aggravating Factors Are involved.

| JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEPT | OCT | NOV | DEC |
|-----|-----|-----|-----|-----|-----|-----|-----|------|-----|-----|-----|

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|
| 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | |

## TREASON

Whenever A Judge ACTS where he/she Does not have Jurisdiction to ACT, the Judge is engaged in an ACT or ACTS of TREASON. U.S. V Will 449 U.S. 200, 216, 101 S. Ct. 471, 66 L. ED. 2d 392, 406 (1980); Cohens V. Virginia, 19 U.S. (6 Wheat) 264, 404, 5 L. ED 257 (1821)

Any judge or Attorney who Does Does not report the Above judges for TREASON As required by LAW MAY Themselves be guilty of mis prison, 18 U.S.C. Section 2382.

| JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEPT | OCT | NOV | DEC |
|-----|-----|-----|-----|-----|-----|-----|-----|------|-----|-----|-----|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | |

## Barratry

No action can be taken against a sovereign in the non-constitutional courts of either the United States or the state courts and any such action is considered the crime of Barratry. Barratry is an offense at common law, State v. Batson, 17 S.E. 2d 511 512, 513. Barratry is fraud or gross negligence of a ship's master or crew at the expense of its owners or users, Another meaning is a legal term that at common law described a criminal offense commited by people who are overly officious in instigating or encouraging prosecution of groundless litigation or who bring repeated or persistent acts of litigation for the purposes of profit or harrassment.

| JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEPT | OCT | NOV | DEC |
|-----|-----|-----|-----|-----|-----|-----|-----|------|-----|-----|-----|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

## PIRACY 18 USC 1661

PIRCY FRAUDULENT use of ADmicalty or Maritime Jurisdiction on DRY LAND AgAinst a state citizen is Robbery Ashore AND/or Also, to Do so in A vessel (Police CAR) outfitted For The purpose of PIRACY 18 USC 1661

18 USC 1661 Robbery Ashore whoever, Being engaged IN Any piratical cruise or enterprise (corporation) or Being of the crew of Any parAtical vessel lANDs from such vessel AND commits robbery on shore, is A Pirate. AND shall be imprisoned for Life see 18 USC 1654. 18 USC 1654 ARMing or serving on priviteers whoever Being A citizen of The United States without the limits thereof, fits out AND ARM or Attempts To fit out AND ARM or is concerned in furnishing fitting out or Arming Any private vessel of wAr or PriviAteer with intent that such vessel shall be employed to cruise or commit hostilities upon the citizens of The United States or Their property, or whoever takes command of or enters on Board of such vessel with such intention or whoever Purchases Any interest in Any such vessel with A view to share in the profits thereof shall Be imprisoned under this title.

Chevron was overturned with one well plead case And when RAcketeering is involved, you only need to name the DoJ An An interested PArty, The Court has An obligation to find The Acts to Be criminAl.

Legal Rights TO Drive with no License

NOTICE
TRAVELER
NOT FOR HIRE
NOT IN Commerce
ALL Rights Reserved
DO NOT TOW OR MOVE

| | |
|---|---|
| Note for hire | 18 U.S. Code 31 |
| No soliciting | 42 U.S. Code 1983 |
| | 18 U.S. Code 373 |
| NO TRESPASSING | 28 CFR 29.1 |
| | 28 CFR 11.411 |
| Private property | 18 U.S Code 654 |
| | 16 U.S. Code 410KKK |
| ALL Rights Asserted | 18 U.S. Code 242 |
| ALL Rights Reserved | UCC 1-308 |

Notice of Liability - violation

Starts @ $200,000

PMC 15 of 15

Right to Travel

23 USC 101 (a)(11)
49 USC 30102 (a)(6)
23 CFR 1.2
49 CFR 390.3
49 USC 14506
18 USC 31
49 USC 13505
28 USC 607
28 CFR 29.5

| JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEPT | OCT | NOV | DEC |
|-----|-----|-----|-----|-----|-----|-----|-----|------|-----|-----|-----|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | |

42 U.S.C. 1983 claim commonly known as a section 1983 claim is a federal lawsuit filed in federal court that allows individuals to sue state and local government officials for violating their constitutional rights. It provides a legal mechanism for holding these officials accountable when they act under the color of state law, to deprive someone of their constitutional rights or federal statutory rights.

Your estate is the TRUST now act like it. The estate is a trust: EXECUTOR = The one in charge. BENEFICIARY = you or your living self in-trust:

Doc ID: 1fef4c95032034d64b43105af4d4375cde71

# GENERAL SESSIONS COURT
## MARSHALL COUNTY, TENNESSEE

State of Tennessee vs. Charles Kelly

Address: 301 Deer Point Rd

Unionville, TN 37180

Court Case Number:

Charge: Driving on Revoked

TCA: 55-50-504

DL: 052919410

Race: White

SSN: 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

DOB: 11/15/1961

☐ Female    ☒ Male

## AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about 2/26/2026 in Marshall County, Tennessee, Charles Kelly , committed the offense(s), of violation(s) of T.C.A. § 55-50-504 Driving on Revoked . I further state under oath that the essential facts constititing the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On the above date Mr. Kelly did commit the offense of driving on a revoked license when he was pulled over for a traffic infraction on Cornersville highway for a light law violation. This did occur in Marshall County.

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee, the above named defendant committed the offense(s) of violation(s) of T.C.A. § 55-50-504 Driving on Revoked .

TO ANY LAWFUL OFFICER OF THE STATE:
You are therefore commanded, in the name of the State, forthwith to:

☑ Arrest    ☐ Criminal Summons

Court Date: March 10, 2026 @ 9:00 am    Bond Amount 500.00

Officer/Sheriff    2-26-26

Date Served

Affiant's Signature: *Dep. Nathan Johnson V*

Name (Printed): Nathan Johnson V

Phone: 931-359-6122

Sworn to and Subscribed before me on

02/26/2026

*Patty Fagan*

Judge / Judicial Commissioner / Clerk

Witness Name and Address: _____

Legal Authority TCA § 40-6-203, 40-6-204, TRCRP 3

**NOTIFICATION OF POSSIBLE EXPUNCTION OF CRIMINAL RECORD:** If the defendant's charge is dismissed; a no true bill is returned by the grand jury; the defendant is arrested & released without being charged with an offense; or the court enters a nolle prosequi in the defendant's case; the defendant is entitled, upon petition by the defendant to the court having jurisdiction over the action and pursuant to T.C.A. § 40-32-101, to the removal & destruction of all public records relating to the case without cost to the defendant.

Revised 6/2023

# TENNESSEE MULTIPLE OFFENSE CITATION

page 18 of 18

3501

THE NUMBER OF VIOLATIONS THIS CITATION: _____ MOVING + _____ NON-MOVING = _____ TOTAL (MAX. 5)

THE UNDERSIGNED BEING DULY SWORN UPON HIS/HER OATH DEPOSES:

ON _____ THE _____ DAY OF _____ 20 ___ | TIME | A.M. P.M. | SEX | RACE | TN RES | YES NO |

**VIOLATOR**

| NAME | | | | | | D.O.B. MONTH | DAY | YEAR |
| FIRST | MIDDLE | | LAST | | | | | |
| ADDRESS | | | CITY | | STATE | ZIP CODE | | |
| SOCIAL SECURITY NUMBER | DRIVER'S LICENSE NUMBER | | DL CLASS | CDL Y N | STATE | EXPIRATION DATE MONTH | DAY | YEAR |

**VEHICLE**

| Motorcycle | CRASH OCCURRED: Y N | MAKE | MODEL | YEAR | COLOR |
| Automobile | | LICENSE PLATE NO. | STATE | EXP. YEAR | |
| CMV | OTHER VEH. INVOLVED? Y N | Was this vehicle registered to driver? Y N | IF NO, THEN: NAME | BUSINESS ADDRESS | |
| | | DESIGNED TO TRANSPORT Y | If CMV, Under 26,000 Lbs. | Hazmat Y | U.S. D.O.T. NO. |
| Other | | 16 OR MORE PASSENGERS N | Over 26,000 Lbs. | N | |
| | | If Other, What Type: | | | |

**LOC.**

| UPON STREET/HWY | MM | CITY/COUNTY | DIRECTION NORTH EAST SOUTH WEST | HWY TYPE | 2-L 1 3-L 2 4-L 3 DIV 4 I-RD 5 | A R E A | BUS 1 SCHOOL 2 RES. 3 RURAL 4 CONST. 5 |

**VIOLATION**

AFORESAID DID THEN AND THERE COMMIT THE FOLLOWING OFFENSE(S):

| A | TCA 55-8-____ SPEEDING ____ MPH IN ____ ZONE | | | CONSTRUCTION ZONE: Y N | RADAR 02 | OTHER 04 |
| | | | | WORKERS PRESENT Y N | PACING 03 | LASER 05 |
| B | TCA 55-10-205 RECKLESS DRIVING | 002 | H | TCA 55-8-____ TRAFFIC CONTROL DEVICE/SIGNAL | O | TCA 55-4-____ REGISTRATION VIOL. ____ | Y | OTHER 1 TCA |
| C | TCA 55-8-____ IMPROPER PASSING | | I | TCA 55-8-124 FOLLOWING TOO CLOSE | 006 | P | TCA 55-8-188 HOV LANE VIOLATION | 113 | |
| D | TCA 55-50-____ DL VIOL. ____ | | K | TCA 55-10-416 OPEN CONTAINER | 199 | S | TCA 55-9-402 LIGHT LAW | | OTHER 2 TCA |
| E | TCA 55-9-202 MUFFLER LAW | 106 | L | TCA 55-9-107 WINDOW TINT | 199 | T | TCA 55-12-139 FINANCIAL RESPONSIBILITY | 110 | Z |
| G | TCA 55-9-____ SEATBELT LAW ____ | | M | TCA 55-9-602 CHILD RESTRAINT DEVICE | 393 | | | | |

NARRATIVE:

**OFFICER**

THE UNDERSIGNED FURTHER STATES THAT HE/SHE HAS JUST AND REASONABLE GROUNDS TO BELIEVE AND DOES BELIEVE, THAT THE PERSON NAMED ABOVE COMMITTED THE OFFENSE(S) HEREIN SET FORTH, CONTRARY TO LAW. | ID# _____

THIS _____ DAY OF _____ 20 ___ | RANK | OFFICER NAME (PRINT) | BADGE NO. |

## DO NOT WRITE IN SHADED AREA

**COURT**

| IN THE | 1 6 | GENERAL SESSIONS COURT OF: | | | | | |
| | | JUVENILE COURT OF: | COUNTY | NO. | CITY | NO. |
| | | OTHER | OF: | | | |
| | ON _____ THE _____ DAY OF _____ 20 ___ | | | | TIME | A.M. P.M. |

NOTICE: FAILURE TO APPEAR IN COURT ON THE DATE ASSIGNED TO THIS CITATION OR AT THE APPROPRIATE POLICE STATION FOR BOOKING AND PROCESSING WILL RESULT IN YOUR ARREST FOR A SEPARATE CRIMINAL OFFENSE WHICH IS PUNISHABLE BY A JAIL SENTENCE OF ELEVEN (11) MONTHS TWENTY-NINE (29) DAYS AND /OR A FINE UP TO TWO THOUSAND FIVE HUNDRED DOLLARS (2,500).

Case 1:26-cv-00077-CLC-MJD    Document 1    Filed 03/19/26    Page 17 of 23    PageID #: 17

VIOLATOR'S SIGNATURE _____

| | | |
|---|---|---|
| f. | Estoppel by Election | $ 350,000 |
| g. | Estoppel by Laches | $ 350,000 |
| h. | Equitable Estoppel | $ 500,000 |
| i. | Fraud | $ 1,000,000 |
| j. | Fraud upon the court | $ 2,000,000 |
| k. | Larceny | $ 250,000 |
| l. | Grand Larceny | $ 250,000 |
| m. | Larceny by Extortion | $ 1,000,000 |
| n. | Larceny by Trick | $ 1,000,000 |
| o. | Obstruction of Justice | $ 100,000 |
| p. | Obtaining Property by False Pretenses | $ 1,000,000 |
| q. | Simulating Legal Process | $ 1,000,000 |
| r. | Vexatious Litigation | $ 5,000,000 |
| s. | Trespass upon Motor Conveyance | $ 100,000 |
| t. | Unauthorized Relocation of Motor Conveyance | $ 100,000 |
| u. | Seizure of Motor Conveyance | $ 100,000 |
| v. | Theft of License Plate | $ 10,000 |
| w. | Unlawful Lien on Motor Conveyance | $ 50,000 |

**Use of trade name protected material under threat, duress, and/ or coercion:**

| | | |
|---|---|---|
| a. | Name written by the informant | $ 250,000 |
| b. | Drivers License written by informant | $ 150,000 |
| c. | Social Security Number written by informant | $ 150,000 |
| d. | Miscellaneous Material written by informant | $ 500,000 |

**Produce any personal information/property for any kind of business interaction:**

| | | |
|---|---|---|
| a. | Financial Information | $ 100,000 |
| b. | Property inside of motor vehicle | $ 150,000 |

Case 1:26-cv-00077-CLC-MJD   Document 1   Filed 03/19/26   Page 18 of 23   PageID #: 18

| | |
|---|---|
| aa. Forced giving of body fluids | $ 5,000,000  per day |
| bb.  Forced injections/inoculations, vaccines | $ 5,000,000  per day |
| cc. Forced separation from marriage contract | $ 160,000  per day |
| dd. Confiscation/kidnapping of a body not a US Citizen | $ 1,600,000 per day |
| ee. Corporate State continuing a mortgage for more Than five years in violation of Banking Act of 1864 which takes precedence over current Statutes at large | $ 1,600,000 per day |
| Attempted extortion of funds from birth certificate account, Social security account or any other associated accounts by fraud, deception and or Forgery by any agent, entity or corporation charge | $ 6,000,000 per count or |
| ff.  Attempted extortion of signature | $ 6,000,000 per count or charge |
| gg. Attempted forgery of signature | $ 6,000,000 per count or charge |

*Per Occurrence and Includes any Third Party Defendant

** All claims are stated in US Dollars which means that a US Dollar will be defined, for this purpose as a One Ounce Silver Coin of .999 pure silver or the equivalent par value as established by law or the exchange rate, as set by the US Mint, whichever is the higher amount, for a certified One Ounce Silver Coin (US Silver Dollar) at the time of the first day of default as set forth herein; if the claim is to be paid in Federal Reserve Notes, Federal Reserve Notes will only be assessed at Par Value as indicated above.

**Total damages will be assessed as the total amount of the damages as set forth herein times three (3) for a total of all damages as set forth in subsections a-w added to three (3) times the damages for punitive or other additional damages.**

**Kidnapping (If an alleged officer removes free soul more than 5 feet from free soul's property without just cause, it IS kidnapping)**     $ 50,0000

Services to others and/or Corporation(s):

    a. Studying
        while under threat, duress, coercion

                  $   500 per hour
                  $ 75,000 per hour

    b. Analyzing
        while under threat, duress, coercion

                  $   500 per hour
                  $ 75,000 per hour

    c. Research
        while under threat, duress, coercion

                  $   500 per hour
                  $ 75,000 per hour

    d. Preparing Documents
        while under threat, duress, coercion

                  $   500 per hour
                  $ 75,000 per hour

    e. Answering Questions
        while under threat, duress, coercion

                  $   500 per hour
                  $ 75,000 per hour

    f. Providing Information
        while under threat, duress, coercion

                  $   500 per hour
                  $ 75,000 per hour

Case 1:26-cv-00077-CLC-MJD    Document 1    Filed 03/19/26    Page 20 of 23    PageID #: 20

| | | |
|---|---|---|
| l. | Incarceration per hour | $ 75,000 Minimum or |
| m. | Failure to Follow Federal and/or State Statutes, Codes, Rules and/or Regulations | $ 50,000 |
| n. | Failure to State a Claim upon which Relief Can Be Granted | $25,0000 |
| o. | Failure to Present a Living Injured Party | $100,000 |
| p. | Failure to Provide Contract Signed by the Parties | $100,000* |
| q. | Failure to Provide IRS 1099OID(s), and Other IRS Reporting Form(s) Requirements upon Request | $100,000* |
| r. | Default By Non Response or Incomplete Response | $100,000* |
| s. | Fraud | $1,000,000* |
| t. | Racketeering | $1,000,000* |
| u. | Theft of Public Funds | $1,000,000* |
| v. | Dishonor in Commerce | $1,000,000* |
| w. | Failure to pay Counterclaim in full within (30) Thirty Calendar Days of Default as set forth herein | $1,000,000** |
| x. | Perverting of Justice Judgment | $ 1,000,000* |
| y. | Use of Common-law Trade-name/Trade-mark After One Warning (per each occurrence) | $ 50,000 Each |
| w. | Forcing psychiatric evaluations | $ 500,000 per day |
| x. | Refusal to provide adequate and proper nutrition while incarcerated | $ 50,000 per day |
| y. | Refusal to provide proper exercise while incarcerated | $ 50,000 per day |
| z. | Refusal to provide proper dental care while Incarcerated | $ 50,000 per day |

## Private Easements Schedule

Penalty for Private Use                                            $250,000

## Public Easements Schedule

Penalty for Public Use                                             $250,000

These fees will be mandated upon the informant listed on the traffic citation ticket(s), arrest warrants, detention orders, seizure orders.

**Produce trade name materials:**

| | | |
|---|---|---:|
| a. | Name | $ 50,000 |
| b. | Drivers License Number | $ 50,000 |
| c. | Social Security Number | $ 100,000 |
| d. | Retinal Scans | $ 5,000,000 |
| e. | Fingerprinting | $ 200,000 |
| f. | Photographing | $ 200,000 |
| g. | DNA | $ 5,000,000 |
| | 1. Mouth swab | $ 5,000,000 |
| | 2. Blood samples | $ 5,000,000 |
| | 3. Urine samples | $ 5,000,000 |
| | 4. Breathalyzer testing | $ 5,000,000 |
| | 5. Hair samples | $ 5,000,000 |
| | 6. Skin samples | $ 5,000,000 |
| | 7. Clothing samples | $ 5,000,000 |
| | 8. Forced giving of fluids/samples | $ 5,000,000 |

**Issue Traffic citations and tickets of any traffic nature:**

| | | |
|---|---|---:|
| a. | Citations | $ 60,000 |
| b. | Warning issued on Paper Ticket | $ 25,000 |

**Appearance in court because of traffic citations:**

| | | |
|---|---|---:|
| a. | Time in court | $ 75,000/hr with 1 hour min. |
| b. | If Fine is imposed | $ 500,000 |

**Car / Personal Property Trespass, Carjacking, Theft, Interference with Commerce,**

| | | |
|---|---|---:|
| a. | Agency by Estoppel | $ 50,000 |
| b. | Color of Law | $ 150,000 |
| c. | Implied Color of Law | $ 150,000. |
| d. | Criminal Coercion | $ 500,000 |
| e. | criminal Contempt of court | $ 500,000 |

**Time Usage for traffic stops:**

| | | | | |
|---|---|---|---|---|
| a. | 30 minutes | | $ | 5,000/30 minutes min |
| b. | 60 minutes | | $ | 10,000 |
| c. | 90 minutes | | $ | 15,000 |

## Court Appearance Schedule

These fees MUST be paid immediately after my case is finished. Failure to pay fines and fees will have an additional fee of $5000.00 for breach of contract.

**Demand for Appearance in court:**

a. My Appearance

    a. under protest and duress:      $    75,000/hour

    b. Voluntarily      $    10,000/hour

**Use of trade name material**

a. Name

    a. under protest and duress:      $    25,000

    b. Voluntarily      $    10,000

b. Drivers License

    a. under protest and duress:      $    25,000

    b. Voluntarily      $    10,000

c. Social Security Number

    a. under protest and duress:      $    25,000

    b. Voluntarily      $    10,000

d. Miscellaneous Material      $    25,000

e. Produce any personal information for any kind of business interaction:

a. Financial Information      $    10,000

b. Drivers License      $    10,000

c. Social Security Number      $    250,000

d. Any documents produced by me      $    10,000 per document